**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Allentown)**

JESSICA LOPEZ                              :
                                           :
                          Plaintiff,       :        NO.    5:19-cv-05104
                                           :
             v.                            :
                                           :
CITY OF LANCASTER and                      :        **JURY TRIAL DEMANDED**
DETECTIVE NICHOLS                          :
                                           :
                         Defendants.       :

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration

Plaintiff's Counsels' Motion for Leave to Withdraw as Counsel to Plaintiff, and any response

thereto, it is hereby ORDERED and DECREED that Counsels' Motion is GRANTED, and the

Clerk shall mark Counsels' representation TERMINATED.

This action is STAYED thirty (30) days from the date of entry of this Order within which

Plaintiff may enter her substitute counsel's appearance or her own, *pro se.*

**AND IT IS SO ORDERED.**


_____

Hon. John M. Younge

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Allentown)**

| | | | |
|---|---|---|---|
| JESSICA LOPEZ | : | | |
| | : | | |
| Plaintiff, | : | NO.   5:19-cv-05104 | |
| | : | | |
| v. | : | | |
| | : | | |
| CITY OF LANCASTER and | : | **JURY TRIAL DEMANDED** | |
| DETECTIVE NICHOLS | : | | |
| | : | | |
| Defendants. | : | | |

### PLAINTIFF'S COUNSELS' MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO PLAINTIFF, JESSICA LOPEZ

This is an action in civil rights, *inter alia*.

Throughout the course of this matter, all counsel for Plaintiff, Jessica Lopez, have been competent, diligent, and at all times zealous on behalf of said Plaintiff.

However, "…[p]rofessional considerations require termination of the representation…" RPC **explanatory comment** [3] ("the lawyer's [said] statement…ordinarily should be accepted as sufficient."); 1.16 (b)(1), (5)-(7).

If this Honorable Court does not accept the above statement as "sufficient," counsel respectfully requests an off-the-record, *ex parte* conference for further determination so that counsel can abide RPC 1.6 via 3.3.

Under separate cover, Plaintiff has been advised (subject to attorney-client privilege) of undersigned counsels' instant Motion for Leave to Withdraw and of her obligation to immediately seek substitute counsel or enter his appearance, *pro se*, in the event this Motion is granted.  This Motion has also been served upon Plaintiff.

WHEREFORE, all counsel for Plaintiff, Jessica Lopez, respectfully request this Honorable Court relieve counsel from representation consistent with the attached proposed Order.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esq.
Attorney for Plaintiff

**SCHAFKOPF LAW**

/s/ Gary Schafkopf
Gary Schafkopf, Esq.
Attorney for Plaintiff

**MILDENBERG LAW FIRM**

/s/ Brian R. Mildenberg
Brian R. Mildenberg, Esquire
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Allentown)**

| | | |
|---|---|---|
| JESSICA LOPEZ | : | |
| | : | |
| Plaintiff, | : | NO.    5:19-cv-05104 |
| | : | |
| v. | : | |
| | : | |
| CITY OF LANCASTER and | : | **JURY TRIAL DEMANDED** |
| DETECTIVE NICHOLS | : | |
| | : | |
| Defendants. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 14th day of February, 2020, a true and correct copy of the foregoing Counsel for Plaintiff's Motion for Leave to Withdraw as Counsel was served via ECF and regular mail, respectively, upon the following parties:

David J. MacMain, Esquire
Janelle E. Fulton, Esquire
The Macmain Law Group, LLC
433 W. Market Street
Suite 200
West Chester, PA 19382

Jessica Lopez
37 Tennyson Drive
Lancaster, PA 17602


**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff