IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA LOPEZ**, <br><br> Plaintiff, <br><br> *v.* <br><br> **CITY OF LANCASTER, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 19-5104-KSM** |

## ORDER

**AND NOW**, this 9th day of August, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 32), Statement of Undisputed Facts (Doc. No. 33), and Memorandum in Support (Doc. No. 34); Plaintiff's Response in Opposition (Doc. No. 40); Defendant's Reply (Doc. No. 41) and Response to Plaintiff's Additional Facts (Doc. No. 42); Plaintiff's Sur-Reply (Doc. No. 43); Plaintiff's Motion to Incorporate After-Discovered Evidence (Doc. No. 44); Defendant's Response in Opposition thereto (Doc. No. 46); and the parties' oral arguments, and for the reasons explained in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 32) is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** with respect to Plaintiff's sexual assault claims in connection with Defendant's search of Plaintiff, and **DENIED** with respect to Plaintiff's excessive force claims related to Defendant's arrest of Plaintiff and Plaintiff's request for punitive damages.

      2.      Plaintiff's Motion to Incorporate After-Discovered Evidence (Doc. No. 44) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

                                                 */s/Karen Spencer Marston*

                                                 KAREN SPENCER MARSTON, J.