IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA LOPEZ**, <br><br> Plaintiff, <br><br> *v.* <br><br> **CITY OF LANCASTER, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 19-5104-KSM** |

## ORDER

**AND NOW**, this 12th day of November, 2021, upon consideration of Plaintiff's Motion *in Limine* (Doc. No. 56), Defendant's response (Doc. No. 57), Defendant's Motion *in Limine* (Doc. No. 55), and Plaintiff's response (Doc. No. 58), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion *in Limine* is **GRANTED** with respect to evidence of Lopez's 2011 conviction for aggravated assault and aggravated harassment by a prisoner; 2014 conviction for simple assault; 2016 conviction for harassment and disorderly conduct; and 2018 conviction for possession of a controlled substance, possession of marijuana, tampering with evidence, and disorderly conduct;

2. Plaintiff's Motion *in Limine* is **DENIED** with respect to evidence of Lopez's 2016 convictions for drug offenses and retail theft and with respect to evidence of the "second incident," though such evidence is subject to the limitations discussed in the accompanying memorandum; and

      3.    Defendant's Motion *in Limine* is **GRANTED**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.